COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
MAXWELL E. ALDERMAN (318548) (malderman@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
WALMART INC.

GALLO LLP
RAY E. GALLO (158903) (rgallo@gallo.law)
DOMINIC R. VALERIAN (240001) (dvalerian@gallo.law)
1604 Solano Ave., Suite B
Berkeley, CA 94707
Telephone: (415) 257-8800

Attorneys for Plaintiffs
ALICIA CAPPELLO & CATHERINE MOSQUEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALICIA CAPPELLO and CATHERINE MOSQUEDA, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:18-cv-06678-RS<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT WALMART INC.'S MOTION TO DISMISS AND RELATED PAPERS, AND SET HEARING DATE (CIVIL L.R. 6-1(B); CIVIL LOCAL RULE 6-2)**<br><br>Hearing Date: February 21, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs Alicia Cappello and Catherine Mosqueda ("Plaintiffs") and Defendant Walmart Inc. ("Walmart") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiffs filed this putative class action lawsuit against Walmart on or about

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION TO EXTEND TIME TO RESPOND TO
WALMART'S MOTION AND SET HEARING DATE
4:18-CV-06678-SBA

October 4, 2018, in the Superior Court of the State of California for the County of Alameda, which Walmart removed on November 2, 2018 (Dkt. No. 1);

WHEREAS, this action was reassigned to Judge Saundra Brown Armstrong on November 16, 2018, resetting all pending hearing dates before the prior-assigned Magistrate Judge Laurel Beeler (Dkt. No. 14-15);

WHEREAS, the Parties stipulated to extend Walmart's time to respond to the Complaint on November 6, 2018, granting Walmart until December 14, 2018 to respond (Dkt. No. 11);

WHEREAS, Walmart filed its Notice of Motion and Motion to Dismiss, and its Request for Judicial Notice regarding its Motion to Dismiss ("Motion"), on December 14, 2018 (Dkt. Nos. 16-17), and thereafter submitted a stipulation and proposed order providing for a more accommodating briefing schedule for that motion;

WHEREAS, Judge Armstrong thereafter recused herself and this matter was reassigned to Judge Seeborg (Dkt. Nos.19-20), vacating all dates;

WHEREAS, under Civil Local Rule 6-1(b) and 6-2, the Parties may submit a stipulated request to the Court to approve a modified briefing schedule for the Motion;

WHEREAS, the Parties hereby stipulate under Civil Local Rule 6-1(b) to a briefing schedule for Walmart's Motion as set forth below;

WHEREAS, the below briefing schedule will be completed two weeks before the agreed upon hearing date;

WHEREAS, this Court has set its initial Case Management Conference for January 31, 219 at 10 a.m. (Dkt. No. 21), but no other dates are yet set;

WHEREAS, this modification would not affect the case schedule as none has been entered.

NOW THEREFORE, the Parties hereby stipulate and agree to set the following deadlines:

1. January 17, 2019: Plaintiffs deadline to respond to Walmart's Motion;

2. February 7, 2019: Walmart's Reply due.

3. February 21, 2019 at 1:30: hearing date for the Motion.

**IT IS SO STIPULATED.**

Dated: December 21, 2018

COOLEY LLP
MICHAEL G. RHODES (116127)
WHITTY SOMVICHIAN (194463)
KYLE C. WONG (224021)
MAXWELL E. ALDERMAN (318548)

*/s/ Whitty Somvichian*
Whitty Somvichian (194463)
Attorneys for Defendant
WALMART INC.

Dated: December 21, 2018

GALLO LLP
RAY E. GALLO (158903)
DOMINIC R. VALERIAN (240001)

*/s/ Ray E. Gallo*
Ray E. Gallo
Attorneys for Plaintiffs
ALICIA CAPPELLO & CATHERINE MOSQUEDA

*Filer's Attestation: Pursuant to Civil Local Rule 5-1)i)(3), regarding signatures, Kyle Wong hereby attests that concurrence in the filing of this document has been obtained.*

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/21/18

The Honorable Richard Seeborg
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION TO EXTEND TIME TO RESPOND TO
WALMART'S MOTION AND SET HEARING DATE
4:18-CV-06678-SBA