Ray E. Gallo (SBN 158903)
rgallo@gallo.law
Dominic Valerian (SBN 240001)
dvalerian@gallo.law
GALLO LLP
1604 Solano Ave., Suite B
Berkeley, CA 94707
Phone: 415.257.8800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA CAPPELLO and CATHERINE MOSQUEDA, for themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>WALMART, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 18-CV-06678-RS<br><br>Hon. Richard Seeborg<br><br>**STIPULATION OF DISMISSAL** |

WHEREAS Plaintiffs Alicia Cappello and Catherine Mosqueda ("Plaintiffs") and Defendant Walmart, Inc. ("Defendant") have settled the individual claims in the above-captioned action,

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, through their respective counsel of record, as follows:

Plaintiffs' individual claims against Defendant in the above-captioned action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The putative class allegations in the above-captioned action are dismissed without prejudice.

DATED: November 19, 2019            **GALLO LLP**

*/s/ Ray E. Gallo*
Ray E. Gallo
Attorneys for Plaintiffs Alicia Cappello and Catherine Mosqueda

DATED: November 19, 2019            **COOLEY LLP**

*/s/ Whitty Somvichian*
Whitty Somvichian
Attorneys for Defendant Walmart, Inc.

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Ray E. Gallo, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on November 19, 2019 in San Juan, PR.

                                                */s/ Ray E. Gallo*
                                                  Ray E. Gallo

**STIPULATION OF DISMISSAL**